IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Joseph H. Karadchy, | ) | C/A No.: 3:18-2071-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Hubbell Power Systems, Inc. and Emily Herrington, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the consent motion of the parties for an order pursuant to Federal Rule of Evidence 502(d) in this case. [ECF No. 15]. Pursuant to F.R.E. 502(d), it is ordered that, the production of privileged or work-product protected documents, electronically-stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This order shall be interpreted to provide the maximum protection allowed by F.R.E. 502(d).

IT IS SO ORDERED.

*Shiva V. Hodges*

September 12, 2018
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

1